NOTE: CHANGES MADE BY THE COURT

> The parties may not stipulate to a pretrial motion briefing schedule that does not comply with the Court's Order re Criminal Proceedings, which requires reply briefs to be filed no later than 14 days before the hearing.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARA ARTUNI, ET AL.,<br><br>    Defendant. | No. 25-CR-434-JLS<br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: August 4, 2026** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 15, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, one of whom who has yet to arrive in this district, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from July 29, 2025, to August 4, 2026. The status conference hearing is continued to July 24, 2026.

2. The briefing schedule for any motions shall be:

   a. Any pre-trial motions, including motions in limine, and notices required by Rule 12, 12.1 and 12.2 shall be filed by **June 19, 2026**.

   b. Oppositions to motions shall be filed by **July 2, 2026**, and replies, if any, are to be filed by **July 10, 2026**.

   c. Motions will be heard at the final status conference on July 24, 2026, at 10:30 a.m.

3. The time period of July 15, 2025, to August 4, 2026, inclusive, is excluded in computing the time within which the trial

must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

July 16, 2025
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE